SPCONCEA.WP

To:         All Tech Agents, Tech Advisors, and Tech Supervisors

From:       SSA[          ] Program Manager, Special Projects Program

Subj:       Special Project Concealments

Over the past week, I have received two ECs form the field which describe in GREAT detail surreptitious entries and special project concealments installed in the target locations. These ECs describe the equipment concealed, item in which the equipment was concealed, and where the concealments were placed. These ECs were drafted by case agents, uploaded in ACS, and placed in the case file.

TTAs should not be providing such detail to case agents. One reason TTAs do not testify is to protect our trade craft. If the case agents have this information, they will be required to reveal it during cross examination at trial. Also, an AUSA my require the EC be turned over during discovery before trial. We need to protect how our equipment is concealed and where our is concealed.

It is sufficient for the case agent to simple state that, pursuant to a court order, equipment was installed in the target location.


DEFENDANT'S
EXHIBIT
A

**From:**
**To:**       MP All Agents
**Date:**     Thu, Apr 17, 2003 10:18 AM                                      b6
**Subject:**  Revealing techniques                                           b7C

Over the past few months, ERF has expressed concern about Tech Agents revealing technical details to Case Agents and especially to AUSAs. There have been several instances of AUSAs becoming familiar with our techniques, then resigning and becoming defense lawyers. There also is concern about retiring Agents performing investigative work for defense counsel (i.e. right here in MP).

Attached is a wpd regarding the problems with revealing techniques to active Agents.

In the future, the tech guys may be a little mum about how we're doing things. Just tell us what you need, and we'll do our best to accommodate you. If an AUSA desires to be briefed on a technical issue, we'll try to get it cleared through both ERF and MP management.

Thanks,

Exhibit C-002

Shapiro-179373